UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLY EARL FULLER,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | Case No.: 1:16-cv-00216 – JLT<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |

Plaintiff Willy Earl Fuller seeks to proceed *in forma pauperis* in this action. (Doc. 2) The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The Court has reviewed the application and the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

According to his application, Plaintiff is not employed, and has no income other than government general relief. (Doc. 2 at 1) Further, Plaintiff notes he does not possess real estate, stocks, bonds, securities, other financial instruments, an automobile, or other things of value. (*Id.* at 2.) Consequently, the Court is unable to determine how Plaintiff is supporting himself, or if Plaintiff is dependent upon another individual who would be able to pay the filing fee.

Accordingly, **within fourteen days**, Plaintiff is **ORDERED** to file an amended application

1

that explains how Plaintiff is supporting himself. Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*.  Plaintiff is warned that failure to comply with this order may result in denial of his application to proceed *in forma pauperis*.

IT IS SO ORDERED.

    Dated:   **February 19, 2016**                  **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE