# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE EARL FULLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL[1],<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:16-cv-00216- JLT<br><br>ORDER GRANTING A SECOND EXTENSION OF TIME |

　　　　The parties filed a stipulation for a seven-day extension of time for Plaintiff to file an opening brief. (Doc. 20) Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation (Doc. 8 at 4), which was previously used by Plaintiff. (Docs. 18, 19) Beyond that extension, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 8 at 4) Accordingly, the Court construes the stipulation to be a motion by Plaintiff for modification of the briefing schedule.

　　　　Plaintiff's counsel reports a further extension is necessary because she had "significant and unanticipated time away from the office." (Doc. 20 at 2) In addition, Defendant does not object to the request (*see id.*), and it does not appear there would be any prejudice caused to Defendant with the brief

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.

1

extension. Accordingly, the Court **ORDERS**:

1. Plaintiff's request for a second extension of time is **GRANTED**; and
2. Plaintiff **SHALL** file a an opening brief on or before **May 17, 2017**.

IT IS SO ORDERED.

Dated: **May 11, 2017**                                **/s/ Jennifer L. Thurston**
                                                                                           UNITED STATES MAGISTRATE JUDGE